IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

**FILED**

JUL 16 2008

Clerk, U.S. District Court
By: _____ Deputy Cl---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 08-20082-01-02 JWL/DJW<br>) |
| **DERRICK L. LASLEY,**<br>and,<br>**JORNELLE QUINN,** | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about April 24, 2008, in the District of Kansas, the defendants,

**DERRICK L. LASLEY,**
and
**JORNELLE QUINN,**

knowingly and intentionally possessed with intent to distribute 50 grams or more of cocaine base (crack cocaine), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNT 2

On or about April 24, 2008, in the District of Kansas, the defendant,

**DERRICK L. LASLEY,**

knowingly and intentionally possessed marijuana, a controlled substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT 3

On or about March 8, 2008, in the District of Kansas, the defendant,

**DERRICK L. LASLEY**,

knowingly and intentionally possessed with intent to distribute cocaine base (crack cocaine), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL.

Dated: 7/16/08

FOREPERSON

ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

(It is requested that trial be held in Kansas City, Kansas.)

**PENALTIES**

**Count 1:**

- NLT 10 years imprisonment, NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 5 years supervised release;
- $100 special assessment fee.

If the defendant has a prior conviction for a felony drug offense, the penalties are:

- NLT 20 years imprisonment, NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 10 years supervised release;
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses, the penalties are:

- Life imprisonment;
- NMT $8,000,000.00 fine;
- $100.00 special assessment fee.

**Count 2:**

- NMT 1 year imprisonment;
- NLT $1,000.00 fine;
- NMT 1 year supervised release;
- $25.00 special assessment fee.

If the defendant has a prior drug conviction, the penalties are:

- NLT 15 days imprisonment, NMT 2 years imprisonment;
- NLT $2500.00 fine;
- NMT 1 year supervised release;
- $100.00 special assessment fee.

If the defendant has two or more prior drug convictions, the penalties are:

- NLT 90 days imprisonment, NMT 3 years imprisonment;
- NLT $5000.00 fine;
- NMT 1 year supervised release;
- $100.00 special assessment fee.

**Count 3:**

- NMT 20 years imprisonment;
- NMT $1,000,000.00 fine;
- NLT 3 years supervised release;
- $100 special assessment fee.

If the defendant has a prior conviction for a felony drug offense, the penalties are:

- NMT 30 years imprisonment;
- NMT $2,000,000.00 fine;
- NLT 6 years supervised release;
- $100.00 special assessment fee.